IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE COOPERATIVE FINANCE ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5021 |
| v. | ) ) ) | |
| E & R FARMING, INC., WILLIARD L. EITZMAN, RICHARD W. REISS, KAREN REISS, VALLEY BANK & TRUST CO. AND VALLEY AG SERVICES, INC., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by February 28, 2006 file their Report of Parties' Planning Conference.

DATED    January 24, 2006

/s/   David L. Piester
United States Magistrate Judge