IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE COOPERATIVE FINANCE ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | 7:05CV5021 |
| v. | ) ) ) | |
| E & R FARMING, INC., WILLIARD L. EITZMAN, RICHARD W. REISS, KAREN REISS, VALLEY BANK & TRUST CO., and VALLEY AG SERVICES, INC., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

   This matter is before the court *sua sponte*. On January 24, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

   Accordingly,

   IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before April 6, 2006, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

   DATED this 23rd day of March, 2006.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge